# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LEO BRINKLEY**                                                                                    **PLAINTIFF**

**v.**                              **CASE NO. 3:23-CV-00247-BSM**

**DOES**                                                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE